IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENDRICK STORY,**  PLAINTIFF
ADC #109934

v.   CASE NO: 4:20CV00944-JM-JTK

**JOHNNIE R. STANSIFER, et al.**  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. After carefully considering Mr. Story's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion for Summary Judgment (Doc. No. 50) is GRANTED;

2. Plaintiff's claims against Defendants Stansifer, Green, Evans, Turner, and Baker are DISMISSED with prejudice.

3. Plaintiff's Motion for Summary Judgment (Doc. No. 56) is DENIED;

4. Defendant Jones is DISMISSED, without prejudice, for lack of service.

5. Plaintiff's Complaint (Doc. No. 2) is DISMISSED.

DATED this 4th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE