IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENDRICK STORY,**                                                            **PLAINTIFF**
ADC #109934

v.                    **CASE NO: 4:20CV00944-JM-JTK**

**JOHNNIE R. STANSIFER, et al.**                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice as to Defendants Stansifer, Green, Evans, Turn, and Baker, and without prejudice as to Defendant Jones.  The relief sought is denied.

DATED this 4th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE